No. A–1134 (O. T. 1978). PENNHURST STATE SCHOOL AND HOSPITAL ET AL. *v.* HALDERMAN ET AL. Application for stay of judgment and order of the United States District Court for the Eastern District of Pennsylvania, dated March 5, 1979, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–59 (79–206). MANLEY INVESTMENT Co. *v.* THOMAS W. GARLAND, INC., ET AL. Application for stay of proceedings in the United States District Court for the Eastern District of Missouri, addressed to MR. JUSTICE REHNQUIST and referred to the Court, denied.

No. A–71. CARLOS ET AL. *v.* UNITED STATES ET AL. D. C. E. D. N. Y. Application for injunction, addressed to MR. JUSTICE WHITE and referred to the Court, denied.

No. A–95. RETAIL STORE EMPLOYEES UNION, LOCAL No. 919, ET AL. *v.* UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION ET AL. Application for stay pending appeal to the United States Court of Appeals for the Second Circuit, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. A–101 (79–231). PACIFIC TELEPHONE & TELEGRAPH Co. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL.; and
No. A–102 (79–232). GENERAL TELEPHONE COMPANY OF CALIFORNIA *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. C. A. 9th Cir. Applications for stay, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. A–133. EVANS, AKA YONAN, ET AL. *v.* SECRETARY OF THE ARMY ET AL. C. A. 7th Cir. Application for an injunction, addressed to MR. JUSTICE WHITE and referred to the Court, denied.